UNITED STATES TRUST COMPANY, APPELLEE, V. MARY HOWARD DOYLE ET AL., APPELLANTS: UNITED STATES NATIONAL BANK, APPELLEE.

FILED MAY 29, 1931. No. 27723.

*Arthur F. Mullen* and *Arthur F. Mullen, Jr.*, for appellants.

*Morsman & Maxwell* and *John R. Fike, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ.

PER CURIAM.

This is an appeal from a decree of the district court for Douglas county confirming sale of real estate under mortgage foreclosure.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.